**Opinion issued August 20, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00464-CV

————————————

**TIMOTHY WILSON, SR., Appellant**

**V.**

**MATTHEWS LAWSON, PLLC AND JOHN F. NICHOLS, SR., A.K.A. NICHOLS LAW, PLLC, Appellees**

---

**On Appeal from the County Court at Law**
**Waller County, Texas**
**Trial Court Case No. C13-072**

---

## MEMORANDUM OPINION

This appeal was stayed for bankruptcy based on appellant's suggestion of bankruptcy filed on July 10, 2014. The appeal was reinstated on the active docket on May 21, 2024. We dismiss the appeal for want of prosecution.

In the May 21, 2024 reinstatement order, the Court ordered the reporter's record to be filed within 30 days, or if no reporter's record was taken, the Court ordered appellant's brief to be filed within 30 days of the Court's receipt of notice from the court reporter that there was no reporter's record. The court reporter Sheila A. May advised this Court that there was no record, to her knowledge, because notes are only retained for three years. Appellant filed no response concerning the reporter's record and the Court issued an order on June 18, 2024, setting appellant's brief due without a reporter's record. On July 25, 2024, the Court advised appellant that, unless appellant filed a brief or motion for extension within 10 days, the appeal was subject to dismissal. *See* TEX. R. APP. P. 38.8(a). No brief or motion for extension was filed.

Accordingly, the appeal is dismissed. *See* TEX. R. APP. P. 42.3, 43.2(f). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.